Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue
Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

*Attorney for Plaintiff Danny Baker*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY BAKER<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and CORELOGIC CREDCO, LLC.<br><br>Defendants. | Civil Action No.  8:14-cv-1011<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

## PRELIMINARY STATEMENT

1. This is an action for damages brought by an individual consumer against the Defendants for violations of the Fair Credit Reporting Act (hereafter the "FCRA"), 15 U.S.C. §§ 1681 *et seq.*, *as amended*.

## JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1681p, 28 U.S.C. §§ 1331, 1337.

3. Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b).

1

## PARTIES

4. Plaintiff Danny Baker is an adult individual who resides in Los Cruces, New Mexico.

5. Defendant Experian Information Solutions, Inc. (hereafter "Experian") is a business entity that regularly conducts business in the Central District of California, and which has its headquarters and a principal place of business located at 475 Anton Boulevard, Costa Mesa, California 92626.

6. Defendant, CoreLogic Credco, LLC ("Credco") is a consumer reporting agency and a reseller of credit information that regularly conducts business in the Central District of California, and which has a principal place of business located at 12395 First American Way, Poway, CA.

## FACTUAL ALLEGATIONS

7. Defendants have been reporting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to third parties (hereafter the "inaccurate information") from at least May 2014 to the present.

8. The inaccurate information includes accounts with Federal Loan Servicing Credit, New Mexico Educational Assist and U.S. Department of Education which belong to Plaintiff's deceased father and erroneously reflect that Plaintiff is deceased along with other personal information that does not belong to Plaintiff.

9. The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's credit repayment history, Plaintiff's financial responsibility as a debtor and Plaintiff's credit worthiness. The inaccurate information consists of accounts and/or tradelines that do not belong to the Plaintiff, and that actually belong to another consumer. Due to Defendants' faulty procedures, Defendants mixed the credit file of Plaintiff and that of another consumer with respect to the inaccurate information and other personal identifying information.

10. Defendants have been reporting the inaccurate information through the issuance of false and inaccurate credit information and consumer credit reports that they have disseminated to various persons and credit grantors, both known and unknown.

11. Plaintiff's credit reports and file have been obtained from Defendants and have been reviewed many times by prospective and existing credit grantors and extenders of credit, and the inaccurate information has been a substantial factor in precluding Plaintiff from receiving many different credit offers and opportunities, known and unknown, and from receiving the most favorable terms in financing and interest rates for credit offers that were ultimately made.

12. Credco, in its capacity as a consumer reporting agency and a reseller of consumer information, obtains consumer credit information secondarily from Experian and the other two major credit reporting agencies. The consumer credit information maintained for individual consumers by the three major credit reporting agencies consists of public records information, account information and other consumer information. Once Credco receives the requested consumer credit information, it assemble and merges the information into a Credco consumer credit report, which it then sell to third parties.

13. In May 2014, Credco requested and obtained consumer credit information about the Plaintiff from Trans Union, LLC and Equifax Information Services LLC. Neither Trans Union, nor Equifax, provided any indication or information about inaccurate information in response to Credco's request for Plaintiff's information.

14. In May 2014, Credco also requested and obtained consumer credit information about the Plaintiff from Experian. Based on information and belief, Experian was the only one of the major credit reporting that reported inaccurate information on Plaintiff's consumer credit report and that included account information that did not belong to Plaintiff in Plaintiff's consumer credit file. Credco

included the inaccurate information obtained from Experian when it created its consumer report about the Plaintiff.

15. Additionally, Credco did nothing to investigate the conflicting information received from the three major credit bureaus about the inaccurate information.

16. Notwithstanding the inconsistent reporting of the account information from the three major credit reporting agencies, Credco sold a consumer credit report about the Plaintiff that included the inaccurate information.

17. As a result of Defendants' conduct, Plaintiff has suffered actual damages in the form of lost credit opportunities, harm to credit reputation and credit score, and emotional distress.

18. At all times pertinent hereto, Defendants were acting by and through their agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendants herein.

19. At all times pertinent hereto, the conduct of the Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, and in grossly negligent disregard for federal and state laws and the rights of the Plaintiff herein.

### FIRST CLAIM FOR RELIEF - ALL DEFENDANTS
*Violation of FCRA*

20. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

21. At all times pertinent hereto, Defendants were "persons" and "consumer reporting agencies" as those terms are defined by 15 U.S.C. § 1681a(b) and (f).

22. At all times pertinent hereto, the Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

23. At all times pertinent hereto, the above-mentioned credit reports were "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

24. Pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o, Defendants are liable to the Plaintiff for willfully and negligently failing to employ and follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit report, information and file, in violation of 15 U.S.C. § 1681e(b).

25. The conduct of Defendants was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff that are outlined more fully above and, as a result, Defendants are liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

## JURY TRIAL DEMAND

26. Plaintiff demands trial by jury on all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

(a) Actual damages;

(b) Statutory damages;

(c) Punitive damages;

(d) Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n and 1681o; and

(e) Such other and further relief as may be necessary, just and proper.

1  Dated:   July 2, 2014                         Respectfully submitted,
2
3                                                _____
4                                                Stephanie R. Tatar
                                                 Tatar Law Firm, APC
5                                                3500 West Olive Avenue
                                                 Suite 300
6                                                Burbank, CA 91505
7                                                Telephone: (323) 744-1146
                                                 Facsimile: (888) 778-5695
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

6