Stephanie R. Tatar (237792)
Tatar Law Firm, APC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
*Stephanie@TheTatarLawFirm.com*

Attorney for Plaintiff,
**DANNY BAKER**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY BAKER, | **Case No:** 8:14-CV-1011 AG (ANx) |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE EARLY STATUS CONFERENCE TO AUGUST 18, 2014** |
| EXPERIAN INFORMATION SOLUTIONS, INC., and CORELOGIC CREDCO, LLC | |
| Defendants. | |

Plaintiff Danny Baker, through his attorneys, hereby stipulates the following:

1. This Court has ordered that an Early Status Conference take place on August 11, 2014, at 9:00 a.m.

2. Plaintiff's counsel, Stephanie R. Tatar, has a personal conflict with this date, as she will be out of state from August 6 through August 11, 2014.

3. Neither Defendant has appeared in this matter as of the date this stipulation was filed.

1

STIPULATION TO CONTINUE EARLY STATUS CONFERENCE TO AUGUST 18, 2014

1     4.    Plaintiff's counsel seeks to continue the Early Status Conference in this matter to August 18, 2014.

Dated: July 23, 2014

Respectfully Submitted:

For Plaintiff Danny Baker

<u>/s/ Stephanie R. Tatar</u>
Stephanie R. Tatar, Esq.
Tatar Law Firm, APC
3500 West Olive Ave. Ste. 300
Burbank, CA 91505

2

STIPULATION TO CONTINUE EARLY STATUS CONFERENCE TO AUGUST 18, 2014