Thomas H. Prouty, Bar No. 238950
thomas.prouty@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:  949.622.2700
Facsimile:   949.622.2739

*Attorneys for CoreLogic Credco, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Danny Baker,<br><br>              Plaintiff,<br><br>v.<br><br>CoreLogic Credco, LLC, *et al.*,<br><br>              Defendants. | Civil Action No. 8:14-cv-1011<br><br>Hon. Andrew J. Guilford<br><br>**DEFENDANT CORELOGIC CREDCO, LLC'S ANSWER TO COMPLAINT** |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

22671390v1

1    Defendant, CoreLogic Credco, LLC ("Credco"), by counsel, submits the
2    following Answer to Plaintiff's Complaint.

3

4                        **PRELIMINARY STATEMENT**

5

6    1.    Paragraph 1 of the Complaint contains a summary of the lawsuit that
7    does not require a response.

8                        **JURISDICTION AND VENUE**

9

10   2.    Paragraph 2 of the Complaint states a legal conclusion that is not
11   subject to denial or admission.

12   3.    Paragraph 3 of the Complaint states a legal conclusion that is not
13   subject to denial or admission.

14                              **PARTIES**

15   4.    In response to paragraph 4 of the Complaint, Credco lacks knowledge
16   or information sufficient to form a belief about the truth or falsity of the allegations
17   in paragraph 4 of the Complaint and therefore denies the same.

18   5.    Paragraph 5 of the Complaint refers to Co-Defendant Experian
19   Information Solutions, Inc. ("Experian"), about which Credco lacks knowledge or
20   information sufficient to form a belief about the truth or falsity of the allegations in
21   paragraph 5 of the Complaint and therefore denies the same.

22   6.    In response to paragraph 6 of the Complaint, Credco admits that it
23   regularly conducts business in the Central District of California.  Credco denies that
24   its principal place of business is located at 12395 First American Way, Poway, CA.
25   The remainder of Paragraph 6 states a legal conclusion that is not subject to denial
26   or admission.

27

28

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

**FACTUAL ALLEGATIONS**

7.    Paragraph 7 of the Complaint pertains to documents that speak for themselves.  To the extent that the allegations in the Complaint are contrary to the documents referenced in Paragraph 7, they are denied.   Credco denies any remaining allegations in paragraph 7 of the Complaint that relate to it.  With regard to any allegations concerning Experian, Credco lacks knowledge or information sufficient to form a belief about the truth or falsity of those allegations and therefore denies same.

8.    Paragraph 8 of the Complaint pertains to documents that speak for themselves.  To the extent that the allegations in the Complaint are contrary to the documents referenced in Paragraph 8, they are denied.   Credco denies any remaining allegations in paragraph 8 of the Complaint.

9.    Credco denies the allegations in Paragraph 9 of the Complaint.  With regard to any allegations concerning Experian, Credco lacks knowledge or information sufficient to form a belief about the truth or falsity of those allegations and therefore denies same.

10.    Credco denies the allegations in Paragraph 10 of the Complaint.  With regard to any allegations concerning Experian, Credco lacks knowledge or information sufficient to form a belief about the truth or falsity of those allegations and therefore denies same.

11.    Credco lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 11 of the Complaint and therefore denies the same.  With regard to any allegations concerning Experian, Credco lacks knowledge or information sufficient to form a belief about the truth or falsity of those allegations and therefore denies same.

12.    In response to Paragraph 12 of the Complaint, Credco admits that it receives consumer credit information from Experian and two other national credit

reporting agencies from which it prepares a consumer credit report.  The remainder of Paragraph 12 states a legal conclusion that is not subject to denial or admission.

13.    Paragraph 13 of the Complaint pertains to documents that speak for themselves.  To the extent that the allegations in the Complaint are contrary to the documents referenced in Paragraph 13, they are denied.  Credco further states that it lacks knowledge or information sufficient to form a belief about the truth or falsity as to the allegations in the second sentence of paragraph 13 and therefore denies the same.

14.    Paragraph 14 of the Complaint pertains to documents that speak for themselves.  To the extent that the allegations in the Complaint are contrary to the documents referenced in Paragraph 14, they are denied.  Credco denies any remaining allegations in paragraph 14 of the Complaint that relate to it.

15.    Credco denies the allegations in Paragraph 15 of the Complaint.

16.    Paragraph 16 of the Complaint pertains to documents that speak for themselves.  To the extent that the allegations in the Complaint are contrary to the documents referenced in Paragraph 16, they are denied.  Credco denies any remaining allegations in paragraph 16 of the Complaint.

17.    Credco denies the allegations in Paragraph 17 of the Complaint.  With regard to any allegations concerning Experian, Credco lacks knowledge or information sufficient to form a belief about the truth or falsity of those allegations and therefore denies same.

18.    Paragraph 18 of the Complaint states a legal conclusion that is not subject to denial or admission.  With regard to any allegations concerning Experian, Credco lacks knowledge or information sufficient to form a belief about the truth or falsity of those allegations and therefore denies same.

19.    Credco denies the allegations in Paragraph 19 of the Complaint.  With regard to any allegations concerning Experian, Credco lacks knowledge or

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1    information sufficient to form a belief about the truth or falsity of those allegations
2    and therefore denies same.

3                    **FIRST CLAIM FOR RELIEF – ALL DEFENDANTS**
4                              **Violation of FCRA**

5            20.    Credco incorporates its responses to the allegations in Paragraphs 1-19
6    above as if fully set forth herein.

7            21.    Paragraph 21 of the Complaint states a legal conclusion that is not
8    subject to denial or admission. With regard to any allegations concerning Experian,
9    Credco lacks knowledge or information sufficient to form a belief about the truth or
10   falsity of those allegations and therefore denies same.

11           22.    Paragraph 22 of the Complaint states a legal conclusion that is not
12   subject to denial or admission.

13           23.    Paragraph 23 of the Complaint states a legal conclusion that is not
14   subject to denial or admission. With regard to any allegations concerning Experian,
15   Credco lacks knowledge or information sufficient to form a belief about the truth or
16   falsity of those allegations and therefore denies same.

17           24.    Credco denies the allegations in Paragraph 24 of the Complaint. With
18   regard to any allegations concerning Experian, Credco lacks knowledge or
19   information sufficient to form a belief about the truth or falsity of those allegations
20   and therefore denies same.

21           25.    Credco denies the allegations in paragraph 25 of the Complaint. With
22   regard to any allegations concerning Experian, Credco lacks knowledge or
23   information sufficient to form a belief about the truth or falsity of those allegations
24   and therefore denies same.

25

26                              **JURY TRIAL DEMAND**

27           26.    Credco admits that Plaintiff seeks a trial by jury in paragraph 26 of the
28   Complaint.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

27.   Credco denies that Plaintiff is entitled to any of the relief set forth in the WHEREFORE clause of the Complaint.

28.   Credco denies any allegation not specifically admitted herein.

## AFFIRMATIVE AND OTHER DEFENSES

Credco hereby sets forth the following affirmative defenses to the Complaint.

## FIRST AFFIRMATIVE DEFENSE
### (Failure To State A Claim)

Plaintiff's claims fail to the extent that the Complaint, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Credco and fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Credco.

## SECOND AFFIRMATIVE DEFENSE
### (Truth/Accuracy Of Information)

Plaintiff's claims fail to the extent that they are barred because all information Credco communicated to any third person regarding Plaintiff was true.

## THIRD AFFIRMATIVE DEFENSE
### (Compliance/Good Faith)

Plaintiff's claims fail to the extent that, at all relevant times with respect to Plaintiff, Credco acted in good faith and complied fully with the FCRA and relevant state laws.

## FOURTH AFFIRMATIVE DEFENSE
### (Intervening Superseding Cause)

Plaintiff's claims fail to the extent that Plaintiff's purported damages, which Credco continues to deny, were the result of acts or omissions of third persons over whom Credco had neither control nor responsibility.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

## FIFTH AFFIRMATIVE DEFENSE

### (Proximate Cause)

Plaintiff's claims fail to the extent that Plaintiff's purported damages were the direct and proximate result of the conduct of Plaintiff or others.

## SIXTH AFFIRMATIVE DEFENSE

### (Punitive Damages)

Plaintiff cannot recover against Credco to the extent that the Complaint fails to state a claim for relief for punitive damages.  Additionally, Plaintiff cannot recover punitive damages against Credco to the extent that such an award would violate Credco's constitutional rights under the Constitution of the United States of America.

## SEVENTH AFFIRMATIVE DEFENSE

### (Venue)

Credco objects to the extent that this case has been brought in the wrong court and/or division pursuant to 28 U.S.C. §§ 1391 *et seq.* and/or the Local Rules of the United States District Court for the Eastern District of Michigan.

## EIGHTH AFFIRMATIVE DEFENSE

### (Statute Of Limitations/Laches)

Plaintiff cannot recover against Credco to the extent that some or all of her claims for relief in the Complaint are barred by applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p or by the doctrine of laches.

## NINTH AFFIRMATIVE DEFENSE
### (Acts of Co-Defendants)

Credco's co-Defendants are responsible, in whole or in part, for the damages that Plaintiff alleges to have incurred.

1

## TENTH AFFIRMATIVE DEFENSE
### (Acts of Third Parties)

2

3       Parties not named in Plaintiff's Complaint are responsible, in whole or in

4   part, for the damages that Plaintiff alleges to have incurred.

5   ## ELEVENTH AFFIRMATIVE DEFENSE
    ### (Right To Assert Additional Defenses)

6

7       Credco reserves the right to assert additional affirmative defenses at such

8   time and to such extent as warranted by discovery and the factual developments in

9   this case.

10      WHEREFORE, Defendant, Corelogic Credco, LLC prays as follows:

11      (1)     That Plaintiff take nothing by virtue of the Complaint herein and that

12              this action be dismissed in its entirety;

13      (2)     That Credco be dismissed as a party to this action;

14      (3)     For costs of suit and attorneys' fees herein incurred; and

15      (4)     For such other relief as the Court may deem just and proper.

16

17  Dated: August 14, 2014              TROUTMAN SANDERS LLP

18

19                                      By: /s/ Thomas H. Prouty
                                            Thomas H. Prouty

20                                      *Attorneys for CoreLogic Credco, LLC*

21

22

23

24

25

26

27

28

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545