Gregory Gorski (Admitted *pro hac vice*)
Francis & Mailman, P.C.
100 S. Broad Street, 19th Floor
Land Title Building
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8600

Attorneys for Plaintiff
DANNY BAKER

Nilab N. Rahyar (State Bar No. 272810)
nnrahyar@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY BAKER<br><br>      Plaintiff,<br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and CORELOGIC CREDCO, LLC,<br><br>      Defendants. | Case No. 8:14-cv-1011 AG (ANx)<br><br>**JOINT NOTICE OF SETTLEMENT** |

    PLEASE TAKE NOTICE THAT Plaintiff Danny Baker ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") have reached agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

    The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at

which time, the parties shall file a Stipulation for Dismissal of the claims asserted against Experian.

Dated: January 12, 2015  Respectfully submitted,

*/s/ Gregory Gorski*
Gregory Gorski (Admitted *pro hac vice*)
Francis & Mailman, P.C.
100 S. Broad Street, 19th Floor
Land Title Building
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8600

*Attorneys for Plaintiff*
DANNY BAKER

Dated: January 12, 2015  Respectfully submitted,

*/s/ Nilab N. Rahyar*
Nilab N. Rahyar
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 553-7590
Facsimile: (949) 553-7539

*Attorneys for Defendant*
EXPERIAN INFORMATION SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

I, Nilab N. Rahyar, declare I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 3161 Michelson Drive, Suite 800, Irvine, California  92612.  On **January 12, 2015**, I served, by electronic transmission, a copy of:

## JOINT NOTICE OF SETTLEMENT

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the court.  The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.  Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Gregory Gorski<br>Francis & Mailman, P.C.<br>100 S. Broad Street, 19th Floor<br>Land Title Building<br>Philadelphia, PA  19110<br>Telephone:  (215) 735-8600<br>Facsimile:  (215) 940-8600 | Attorneys for Plaintiff<br>DANNY BAKER |
| Stephanie R. Tatar<br>Tatar Law Firm, APC<br>3500 West Olive Avenue, Suite 300<br>Burbank, CA  91505<br>Telephone:  (323) 744-1146<br>Facsimile:  (888) 788-5695 | Attorneys for Plaintiff<br>DANNY BAKER |

1 | Thomas H. Prouty | Attorneys for Defendant
2 | Troutman Sanders LLP | CORELOGIC CREDCO, LLC
3 | 5 Park Plaza, Suite 1400
  | Irvine, CA  92614-2545
4 | Telephone:  (949) 622-2700
  | Facsimile:  (949) 622-2739
5 | Thomas.prouty@troutmansanders.com

Executed on **January 12, 2015**, at Irvine, California.

*/s/ Nilab N. Rahyar*
Nilab N. Rahyar