Name and address:
Thomas H. Prouty, Bar No. 238950
TROUTMAN SANDERS, LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
949-622-2700

Defendant CoreLogic Credco, LLC

LOCAL COUNSEL MUST FILE AN AMENDED APPLICATION WITHIN 3 COURT DAYS WITH HIS SIGNATURE. A SECOND FEE DOES NOT HAVE TO BE PAID

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Danny Baker,

Plaintiff(s)

v.

CoreLogic Credco, LLC, et al.,

Defendant(s).

CASE NUMBER
SACV 14-1011-AG (ANx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Timothy J. St. George
*Applicant's Name (Last Name, First Name & Middle Initial)*

804-697-1200          804-697-1339
*Telephone Number*    *Fax Number*

Tim.StGeorge@troutmansanders.com
*E-Mail Address*

of

Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

CoreLogic Credco, LLC

*Name(s) of Party(ies) Represented*    ☐ Plaintiff   ☒ Defendant   ☐ Other:

**and designating as Local Counsel**

Thomas H. Prouty
*Designee's Name (Last Name, First Name & Middle Initial)*

Bar No. 238950          949-622-2700
*Designee's Cal. Bar Number*   *Telephone Number*

949-622-2739
*Fax Number*

of

Troutman Sanders LLP
5 Park Plaza, Suite 1400
Irvine, Ca 92614

*Firm Name & Address*

thomas.prouty@troutmansanders.com
*E-Mail Address*

**hereby ORDERS the Application be:**
☒ **GRANTED.**
☐ **DENIED. Fee shall be returned by the Clerk.**
☐ **DENIED, for failure to pay the required fee.**
**Dated** 2/20/2015

**U.S. District Judge Andrew J Guilford**

G–64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1

American LegalNet, Inc.
www.FormsWorkFlow.com