THOMAS H. PROUTY, Bar No. 238950
thomas.prouty@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

TIMOTHY J. ST. GEORGE (*pro hac vice*)
tim.stgeorge@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: 804.697.1200
Facsimile: 804.697.1339

*Attorneys for Defendant CoreLogic Credco, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Danny Baker,<br><br>   Plaintiff,<br><br>v.<br><br>CoreLogic Credco, LLC, *et al.*,<br><br>   Defendants. | Case No. 8:14-cv-01011-AG-AN<br><br>Hon. Andrew J. Guilford<br><br>**DEFENDANT CORELOGIC CREDCO, LLC'S REPLY TO OPPOSITION TO *EX PARTE* APPLICATION FOR BRIEF CONTINUANCE OF TRIAL DATE AND RELATED PRE-TRIAL DEADLINES** |

1  CoreLogic Credco, LLC ("Credco"), by counsel, briefly responds to
2  Plaintiff's opposition to its Credco's ex parte application. Plaintiff takes issue with
3  the timing of the ex parte application and the notice provided to his counsel. To
4  explain the circumstances surrounding the notice provided and the timing of the
5  notice, Credco submits the concurrently filed Declaration of Timothy St. George.

6  Further, Plaintiff's opposition is based on a flawed premise. Namely, that
7  Credco could have waited to seek the requested relief in the context of the
8  "resolution [of] the discovery dispute[1] itself," and that Credco is attempting to
9  "silence" Plaintiff on that issue by moving *ex parte*. (Dkt. No. 31 pp. 3-4.) That is
10 untrue. Credco welcomes full briefing on Plaintiff's putative motion for protective
11 order. However, by the time that such briefing is appropriate for resolution in
12 approximately 30 days, the deadline for the motion for summary judgment (March
13 9, 2015) will have long since passed. Indeed, there is no more critical filing to
14 Credco in this action than summary judgment, and Credco desires to submit one
15 brief containing all of its arguments, including those relating to Plaintiff's claimed
16 damage to his "credit" and other forms of actual damages. Credco has requested
17 this brief continuance to the existing trial date for that reason.

18 Dated: March 6, 2015                TROUTMAN SANDERS LLP

                                       By: /s/ Thomas H. Prouty
                                           Thomas H. Prouty

                                       *Attorneys for Defendant
                                       CoreLogic Credco, LLC*

---

[1] To be clear, Credco does not even agree that Plaintiff is procedurally allowed to make this "discovery dispute" for the very first time more than 40 days after the subpoena was issued. (A motion to quash or motion for protective order must be filed before the date of compliance stated in the subpoena – in this case, February 11, 2015. *See, e.g.*, *USA v. Town of Colorado City, Arizona*, 2014 U.S. Dist. LEXIS 152699, at *3 (D. Ariz. Oct. 27, 2014).)

- 1 -