1  THOMAS H. PROUTY, Bar No. 238950
   thomas.prouty@troutmansanders.com
2  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
3  Irvine, CA 92614-2545
   Telephone: 949.622.2700
4  Facsimile: 949.622.2739

5  TIMOTHY J. ST. GEORGE (*pro hac vice*)
   tim.stgeorge@troutmansanders.com
6  TROUTMAN SANDERS LLP
   1001 Haxall Point
7  Richmond, VA 23219
   Telephone: 804.697.1200
8  Facsimile: 804.697.1339

9  *Attorneys for Defendant CoreLogic Credco, LLC*

*Note changes made by Court*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Danny Baker, | Civil Action No. 8:14-cv-1011-AG(ANx) |
| Plaintiff, | Hon. Andrew J. Guilford |
| v. | [~~PROPOSED~~] ORDER GRANTING IN PART DEFENDANT'S *EX PARTE* APPLICATION FOR BRIEF CONTINUANCE OF TRIAL DATE AND RELATED PRETRIAL DEADLINES |
| CoreLogic Credco, LLC, *et al.*, | |
| Defendants. | |

1  The Court has reviewed Defendant CoreLogic Credco, LLC's ("Credco") *Ex
2  Parte* Application for Brief Continuance of Trial Date and Related Pre-Trial
3  Deadlines ("Application").  Based on the Application, the supporting Declaration of
4  Thomas H. Prouty, and the records and pleadings on file, and good cause appearing
5  therefore, the Court GRANTS the Application and ORDERS the following:

6  

7  1.  The Trial Date in the above-captioned action is hereby continued until
8  JUNE 1, 2015 at 9:00 a.m.

10  2.  The Final Pretrial Conference is hereby continued until
11  MAY 18, 2015 at 8:30 a.m.

13  3.  ~~All pre-trial deadlines linked to the Trial Date in the Court's
14  Scheduling Order Specifying Procedures (Dkt. 20) are continued accordingly in
15  relation to the new Trial Date.~~ Any summary judgment motions must be noticed for a hearing not less than 25 days before the Final Pretrial Conference.

17  IT IS SO ORDERED.

19  DATED: MARCH 6, 2015  _____
20                          HONORABLE ANDREW J. GUILFORD
21                          United States District Court Judge

24889862
- 1 -
[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR BRIEF CONTINUANCE
OF TRIAL DATE AND RELATED PRETRIAL DEADLINES