Name & Address:
Thomas H. Prouty, Bar No. 238950
thomas.prouty@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
(949) 622-2700

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY BAKER,<br><br>PLAINTIFF(S)<br>v.<br><br>CORELOGIC CREDCO, LLC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>8:14-cv-1011-AG<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☒ Filed   ☒ Lodged: (**List Documents**)

Application for An Order to File Certain Documents Under Seal; Declaration of Thomas H. Prouty; Proposed Order; Appendix of Exhibits in Support of Defendant Corelogic Credco, LLC's Motion for Summary Judgment

**Reason:**

☒ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

| | |
|---|---|
| 3/23/15 | /s/ Thomas H. Prouty |
| Date | Attorney Name |
| | Thomas H. Prouty |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)   NOTICE OF MANUAL FILING OR LODGING

