FILED
CLERK, U.S. DISTRICT COURT
3/23/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LW___ DEPUTY

THOMAS H. PROUTY, Bar No. 238950
thomas.prouty@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

TIMOTHY J. ST. GEORGE (*pro hac vice*)
tim.stgeorge@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: 804.697.1200
Facsimile: 804.697.1339

*Attorneys for Defendant*
*CoreLogic Credco, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Danny Baker,<br><br>  Plaintiff,<br><br>v.<br><br>CoreLogic Credco, LLC, *et al.*,<br><br>  Defendants. | Civil Action No. 8:14-cv-1011<br><br>Hon. Andrew J. Guilford<br><br>**DEFENDANT CORELOGIC CREDCO, LLC'S APPLICATION FOR AN ORDER TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>Date:  April 20, 2015<br>Time:  10:00 a.m.<br>Place:  Courtroom 10D |

Defendant CoreLogic Credco, LLC ("Credco") hereby submits this Application pursuant to Civil Local Rule 79-5.1 for an Order to file the following documents under seal: Exhibits C, D, F, G and H to the concurrently-filed Appendix of Exhibits in Support of Credco's Motion for Summary Judgment.

Exhibits F through H are the Credit Statements at issue that were transmitted by Credco in 2014 and that have been challenged by Plaintiff in this action. Exhibits C and D are credit reports transmitted about Plaintiff by Equifax and Experian in 2012. All five of these exhibits contain confidential and personal identifying information including, but not limited to, account information, Social Security number, and addresses. A compelling reason for these documents to be filed under seal exists due to personal identifying information contained in each of the Credit Statements, which, if disclosed, may violate Plaintiff's right to privacy. A less restrictive alternative to the provisional sealing of the documents described above is not available, as these documents are both central to the case and necessary to the resolution of Credco's Motion for Summary Judgment.

This Application is supported by the Declaration of Thomas H. Prouty in Support of Credco's Application for an Order to File Documents Under Seal. Credco concurrently lodges with the Court sealed copies of these documents.

Credco therefore respectfully requests that the Court order these documents to be filed under seal.

Dated: March 23, 2014

Respectfully submitted,

TROUTMAN SANDERS LLP

By: _____
Thomas H. Prouty
Timothy J. St. George (*pro hac vice*)

*Attorneys for Defendant
CoreLogic Credco, LLC*

## PROOF OF SERVICE

I, Felisa H. Lybarger, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen (18) and not a party to the within action; my business address is 5 Park Plaza, Suite 1400, Irvine, CA 92614-2545.

On March 23, 2015, I served the following document(s) described as:

**DEFENDANT CORELOGIC CREDCO, LLC'S APPLICATION FOR AN ORDER TO FILE CERTAIN DOCUMENTS UNDER SEAL**

[X] **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, CA, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses, as last given or submitted on any document which he or she has filed in the case, listed on the attached service list. I did not receive, within reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

On the following parties:

**SEE ATTACHED SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on March 23, 2015, at Irvine, California.

Felisa H. Lybarger

24258175

## SERVICE LIST

| | |
|---|---|
| Gregory J. Gorski<br>Francis and Mailman PC<br>Land Title Building<br>100 South Broad Street 19th Floor<br>Philadelphia, PA 19110<br>Email: ggorski@consumerlawfirm.com | *Attorneys for Plaintiff Danny Baker* |
| Stephanie R. Tatar<br>Tatar Law Firm APC<br>3500 West Olive Avenue Suite 300<br>Burbank, CA 91505<br>Email: stephanie@thetatarlawfirm.com | *Attorneys for Plaintiff Danny Baker* |