THOMAS H. PROUTY, Bar No. 238950
thomas.prouty@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

TIMOTHY J. ST. GEORGE (*pro hac vice*)
tim.stgeorge@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: 804.697.1200
Facsimile: 804.697.1339

*Attorneys for Defendant*
*CoreLogic Credco, LLC*

NOTE CHANGES BY THE COURT

NOTE CORRECT CASE NUMBER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Danny Baker,<br><br>   Plaintiff,<br><br>v.<br><br>CoreLogic Credco, LLC, *et al.*,<br><br>   Defendants. | Civil Action No. 8:14-cv-1011-AG(ANx)<br><br>Hon. Andrew J. Guilford<br><br>**ORDER GRANTING DEFENDANT CORELOGIC CREDCO, LLC'S APPLICATION FOR AN ORDER TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:   April 20, 2015<br>Time:   10:00 a.m.<br>Place:  Courtroom 10D |

1  The Court has considered Defendant CoreLogic Credco, LLC's application
2  (the "Application") to file the following documents under seal: Exhibits C, D, F, G
3  and H to the concurrently-filed Appendix of Exhibits in Support of Credco's
4  Motion for Summary Judgment (collectively, "the Documents").

6  WHEREAS there is good cause shown as set forth in the Application to
7  seal the Documents, the Court hereby GRANTS the Application on the condition
8  that a redacted version of the documents are efiled within 5 days.

10  Dated: __March 24____, 2015        _____
                                            Honorable Andrew J. Guilford
11                                          United States District Court Judge

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

24899633

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION FOR AN ORDER TO FILE DOCUMENTS UNDER SEAL