1  THOMAS H. PROUTY, Bar No. 238950
   thomas.prouty@troutmansanders.com
2  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
3  Irvine, CA  92614-2545
   Telephone:  949.622.2700
4  Facsimile:   949.622.2739

5  TIMOTHY J. ST. GEORGE (*pro hac vice*)
   tim.stgeorge@troutmansanders.com
6  TROUTMAN SANDERS LLP
   1001 Haxall Point
7  Richmond, VA 23219
   Telephone:  804.697.1200
8  Facsimile:   804.697.1339

9  *Attorneys for Defendant*
   *CoreLogic Credco, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Danny Baker,<br><br>             Plaintiff,<br><br>v.<br><br>CoreLogic Credco, LLC, *et al.*,<br><br>             Defendants. | Civil Action No. 8:14-cv-1011-AG (ANx)<br><br>Hon. Andrew J. Guilford<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT CORELOGIC CREDCO, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     April 20, 2015<br>Time:    10:00 a.m.<br>Place:    Courtroom 10D |

**[REDACTED]**

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | Excerpts from the transcript of the deposition of Plaintiff, Danny Baker |
| B. | Excerpts from the transcript of the deposition of Borman Automotive Group, Inc.'s Fed. R. Civ. P. 30(b)(6) corporate representative, Brian Hamberg |
| C. | 2012 Equifax Credit Report produced by Borman Automotive Group, Inc. |
| D. | 2012 Experian Credit Report Borman Automotive Group, Inc. |
| E. | Plaintiff's responses to Credco's interrogatories |
| F. | Experian Statement sent by Credco on May 22, 2014 to Borman Automotive Group, Inc. |
| G. | TransUnion Statement sent by Credco on May 22, 2014 to Borman Automotive Group, Inc. |
| H. | Equifax Statement sent by Credco on May 22, 2014 to Borman Automotive Group, Inc. |

Dated: March 23, 2015        TROUTMAN SANDERS LLP

By: /s/ Thomas H. Prouty
Thomas H. Prouty

*Attorneys for Defendant*
*CoreLogic Credco, LLC*

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

- 1 -
APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT CORELOGIC CREDCO, LLC'S
MOTION FOR SUMMARY JUDGMENT

25248130v1