1  Gregory Gorski (*admitted pro hac vice*)
   **FRANCIS & MAILMAN, P.C.**
2  Land Title Building, 19th Floor
3  100 South Broad Street
   Philadelphia, PA  19110
4  Telephone:  (215) 735-8600
5  Facsimile:   (215) 940-8000
   ggorski@consumerlawfirm.com
6
   Stephanie R. Tatar – State Bar No. 237792
7  **TATAR LAW FIRM, APC**
   3500 West Olive Avenue
8  Suite 300
9  Burbank, California 91505
   Telephone: (323) 744-1146
10 Facsimile: (888) 778-5695
   Stephanie@thetatarlawfirm.com
11
12 *Attorneys for Plaintiff Danny Baker*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNY BAKER,**<br><br>            **Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., et al.**<br><br>            **Defendants.** | Civil Action No. SACV 14-1011 AG (ANx)<br><br>**DECLARATION OF GREGORY GORSKI IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT CORELOGIC CREDCO, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   June 1, 2015<br>Time:  10:00 a.m.<br>Place:  Courtroom 10D<br>Judge: Hon. Andrew J. Guilford |

1

I, GREGORY GORSKI, ESQUIRE, do hereby certify and declare as follows:

I am an attorney at law in the Commonwealth of Pennsylvania and State of New Jersey at the law firm of Francis & Mailman, P.C., counsel for Plaintiff, Danny Baker, in the above matter, and admitted to practice before this Court *pro hac vice*, and as such have knowledge of the facts the and circumstances of above captioned lawsuit.

Attached hereto as Exhibit A is a true and correct copy of the relevant portions of the February 25, 2015 Deposition of Mercedes Vela (hereafter "Feb 2015 Vela Dep."). Mercedes Vela is Vice President of Operations for Defendant Corelogic Credco, LLC ("Credco") and was designated as a company representative pursuant to Rule 30(b)(6) for this deposition in this matter.

Attached hereto as Exhibit B is a true and correct copy of the relevant portions of the January 30, 2015 Deposition of Mercedes Vela (hereafter "Jan 2015 Vela Dep."). Ms. Vela was also designated as company representative for Credco pursuant to Rule 30(b)(6) for this deposition in *Ocasio v. Equifax Mortgage Solutions, LLC*, No, 14-01586, currently pending the United States District Court for the District of New Jersey.

Attached hereto as Exhibit C is a true and correct copy of the relevant portions of the February 24, 2015 Deposition of Plaintiff Danny Baker (hereafter "Baker Dep.").

Attached hereto as Exhibit D is a true and correct copy of the Credco credit reports, dated May 22, 2014, bates labeled BORMAN 000011 – BORMAN 000026 which were produced by third-party Borman Automotive Group in response to Credco's subpoena.

Attached hereto as Exhibit E is a true and correct copy of the relevant portions of the February 13, 2015 Deposition of Brian Hamberg (hereafter "Hamberg Dep.") Mr. Hamberg was designated as a representative of Borman Automotive Group to testify on behalf of the company in response to Credco's subpoena.

Attached hereto as Exhibit F is a true and correct copy of the relevant portions of the October 23, 2013 Deposition of Angela Bernard (hereafter "Oct 2013 Bernard Dep."). Angela Barnard is the Director of Operations for Credco and was designated as a company representative for Credco pursuant to Rule 30(b)(6) for this depositions in the matters *DiRosa v Equifax Info. Svrcs, LLC*, No. 13-0131 (C.D. Cal.) and *Brown v. Trans Union, LLC*, No. 13-1343 (E.D. Pa.) both of which are now resolved.

1  Attached hereto as Exhibit G is a true and correct copy of the relevant
2 portions of the September 17, 2013 Deposition of Angela Bernard (hereafter "Sept
3 2013 Barnard Dep."). Ms. Barnard was designated as a company representative
4
5 for Credco pursuant to Rule 30(b)(6) for this deposition in the matter *Starkey v.*
6 *Experian Info. Solutions, Inc.*, No. 13-0059 (C.D. Cal.) which is now resolved.
7  Attached hereto as Exhibit H is a true and correct copy of the October
8
9 4, 2014 Adverse Action Letter bates labeled BORMAN 000010 and produced by
10 third-party Borman Automotive Group in response to Credco's subpoena.
11  Attached hereto as Exhibit I is a true and correct copy of Plaintiff
12
13 Danny Baker's Volvo Application (hereafter "Volvo Application") produced by
14 third-party Borman Automotive Group in response to Credco's subpoena.
15  Attached hereto as Exhibit J is a true and correct copy of Credco's
16
17 credit report, dated May 22, 2014, (hereafter "Credo Report with Experian Data")
18 produced by Credco and bates labeled BAK000001 – BAK000009.
19  Attached hereto as Exhibit K is a true and correct copy of Credco's
20
21 credit report, dated May 22, 2014, (hereafter "Credco Report with Equifax Data"
22 produced by Credco and bates labeled BAK000010 – BAK000016.
23  Attached hereto as Exhibit L is a true and correct copy of Credco's
24
25 credit report, dated May 22, 201, (hereafter "Credco Report with TransUnion
26 data") produced by Credco and bates labeled BAK000017 – BAK000023.
27

Attached hereto as Exhibit M is a true and correct copy of terms sheet for Plaintiff's purchase of a Honda Accord produce by third-party Borman Automotive Group and bates labeled BORMAN 000056 – BORMAN 000061.

I certify that the foregoing statements made by me are true to the best of my knowledge.  I understand that if any of the above statements are knowingly false I am subject to punishment.

Dated: March 30, 2015

Respectfully submitted,

FRANCIS & MAILMAN, P.C.

By: /s/ Gregory Gorski
Gregory Gorski

*Attorneys for Plaintiff*

5