Gregory Gorski (*admitted pro hac vice*)
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
Telephone:  (215) 735-8600
Facsimile:    (215) 940-8000
ggorski@consumerlawfirm.com

Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue
Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

*Attorneys for Plaintiff Danny Baker*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **DANNY BAKER,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., et al.**<br><br>        **Defendants.** | Civil Action No. SACV 14-1011 AG (ANx)<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF DANNY BAKER'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   June 1, 2015<br>Time:  10:00 a.m.<br>Place:  Courtroom 10D<br>Judge:  Hon. Andrew J. Guilford |

# [REDACTED]

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | Portions of February 25, 2015 Deposition of Mercedes Vela. |
| B. | Portions of January 30, 2015 Deposition of Mercedes Vela. |
| C. | Portions of February 24, 2015 deposition of Plaintiff, Danny Baker. |
| D. | Credco credit reports Produced by Borman Automotive Group |
| E. | Portion of Deposition of Brian Hamberg. |
| F. | Portions of October 23, 2013 deposition of Angela Bernard. |
| G. | Portions of September 17, 2013 deposition of Angela Bernard. |
| H. | Adverse Action Letter |
| I. | Volvo Application |
| J. | Credco Credit Report with Experian Data Produced by Credco |
| K. | Credco Credit Report with Equifax Data Produced by Credco |
| L. | Credco Credit Report with TransUnion Data Produced by Credco |
| M. | Terms Sheets for Honda Accord Auto Loan. |

APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF DANNY BAKER'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 1 | Dated: March 30, 2015 | Respectfully submitted, |
| 2 | | FRANCIS & MAILMAN, P.C. |
| 3 | | By: /s/ Gregory Gorski |
| 4 | | Gregory Gorski |
| 5 | | *Attorneys for Plaintiff* |

APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF DANNY BAKER'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT