Gregory Gorski (admitted pro hac vice)
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Danny Baker | CASE NUMBER: |
| PLAINTIFF(S) | SACV 14-1011 AG |
| v. | |
| Experian Information Solutions, Inc., et al. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Ex. B, Vela Jan 2015 Dep
Ex. D, Borman Copy of Three Reports May 2014
Ex. J, Credco Report with Experian Data May 2014
Ex. K, Credco Report with Equifax Data May 2014
Ex. L, Credco Report with Transunion Data May 2014

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

March 30, 2015                                  Gregory Gorski
Date                                            Attorney Name
                                                Danny Baker
                                                Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*