1  Gregory J Gorski (*pro hac vice*)
   Francis and Mailman PC
2  Land Title Building
   100 South Broad Street 19th Floor
3  Philadelphia, PA 19110
   Telephone: 215-735-8600
4  Fax: 215-940-8000

5  Stephanie R Tatar, Bar No. 237792
   Tatar Law Firm APC
6  3500 West Olive Avenue Suite 300
   Burbank, CA 91505
7  Telephone: 323-744-1146
   Facsimile: 888-778-5695
8  Stephanie@TheTatarLawFirm.com

9  *Attorneys for Plaintiff, Danny Baker*

10  Thomas H. Prouty, Bar No. 238950
    thomas.prouty@troutmansanders.com
11  Timothy J. St. George (*pro hac vice*)
    TROUTMAN SANDERS LLP
12  5 Park Plaza, Suite 1400
    Irvine, CA  92614-2545
13  Telephone:  949.622.2700
    Facsimile:   949.622.2739
14
    *Attorneys for Defendant CoreLogic Credco,*
15  *LLC*

16

17                    UNITED STATES DISTRICT COURT

18                   CENTRAL DISTRICT OF CALIFORNIA

19                            SOUTHERN DIVISION

20

| 21 | Danny Baker, | Civil Action No. 8:14-cv-1011 |
|---|---|---|
| 22 | Plaintiff, | Hon. Andrew J. Guilford |
| 23 | v. | **STIPULATION TO CONTINUE DATE FOR SUPPLEMENTAL SUMMARY JUDGMENT SUBMISSIONS** |
| 24 | CoreLogic Credco, LLC, *et al.*, | |
| 25 | Defendants. | |

26

27

28

1  WHEREAS, on March 20, 2015, CoreLogic Credco, LLC ("Credco") moved
2  *ex parte* for a continuance of the pre-trial deadlines set forth in the case, including
3  the previously-set March 23, 2015 deadline to move for summary judgment.
4  Credco did so on the basis that certain discovery requested from third-party Borman
5  Automotive Group, Inc. ("Borman") remained outstanding (Dkt. No. 35);

6  WHEREAS, on March 23, 2015, with the parties having not yet heard from
7  the Court on the motion for continuance, Credco moved for summary judgment;

8  WHEREAS, on March 25, 2015, the Court granted Credco's motion for a
9  continuance. (*See* Dkt. No. 48). In its Order, the Court noted that Plaintiff had
10 moved for a protective order with respect to the discovery sought from Borman,
11 which was scheduled to be heard by the assigned Magistrate Judge on April 9,
12 2015. On that basis, the Court stated as follows:

13 If Defendant is permitted to obtain additional discovery and Defendant
14 believes this information will help its Motion for Summary Judgment,
15 it can file with the Court a 2-page brief no later than April 27, 2015
16 describing the information, explaining how the information is helpful
17 to its position, and requesting leave to supplement its Motion for
18 Summary Judgment.

19 The Court also stated that if leave to supplement was granted, Credco must file by
20 May 4, 2015 and Plaintiff would be afforded until May 11, 2015 to respond to the
21 supplemental filing. The Court then rescheduled the hearing on the motion for
22 summary judgment to June 1, 2015.

23 WHEREAS, on April 1, 2015, the Magistrate Judge continued the hearing on
24 Plaintiff's Motion for Protective Order from April 9 until April 14, 2015 (Dkt. No.
25 57);

26 WHEREAS, on April 14, 2015 the parties attended the hearing on the Motion
27 for Protective Order, which was denied by the Magistrate Judge in certain regards;

28 WHEREAS, the Magistrate Judge instructed Credco at the hearing to serve a

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

- 1 -
STIPULATION TO CONTINUE DATE FOR SUPPLEMENTAL SUMMARY JUDGMENT SUBMISSIONS

1 revised subpoena on Borman, to enclose a copy of its Order with revised subpoena,
2 and to provide Borman no less than ten days to respond to the revised subpoena;

3     WHEREAS, the Magistrate Judge issued the Order memorializing his rulings
4 on the afternoon of April 15, 2015 (Dkt. No. 59);

5     WHEREAS, the revised subpoena was drafted and then personally served on
6 Borman in New Mexico on the morning of April 17, 2015, with Credco providing
7 Borman with the required 10 days to respond to the subpoena, until April 27, 2015;

8     WHEREAS, the schedule imposed by the Magistrate Judge will not allow
9 Credco to meet the April 27, 2015 deadline for its potential supplemental summary
10 judgment filing;

11     WHEREAS, the parties have agreed on a revised schedule that will not affect
12 any of the pending deadlines; and

13     WHEREAS, this is the first request for an extension of the deadlines set forth
14 in the Court's March 25, 2015 Order.  This request has been jointly made by the
15 parties in good faith and not for any dilatory purpose.

16     NOW THEREFORE, Danny Baker and CoreLogic Credco, LLC, by and
17 through their respective counsel, hereby stipulate and agree as follows, subject to
18 the Court's approval:

19 - Credco shall make its filing, if any, seeking leave to supplement its
20   Motion for Summary Judgment with respect to the documents produced
21   by Borman on or before May 5, 2015; and

22 - If the Court grants Credco's request for supplementation, Credco shall file
23   its supplemental response no later than May 12, 2015, and Plaintiff may
24   file an optional supplement to its opposition to the Motion for Summary
25   Judgment no later than May 19, 2015.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

| | | |
|---|---|---|
| 1 | Dated: April 24, 2015 | DANNY BAKER |
| 2 | | |
| 3 | | By: /s/ Gregory J. Gorski<br>Gregory J. Gorski |
| 4 | | *Attorneys for Plaintiff, Danny Baker* |
| 5 | | |
| 6 | Dated: April 24, 2015 | TROUTMAN SANDERS LLP |
| 7 | | |
| 8 | | By: /s/ Thomas H. Prouty<br>Thomas H. Prouty |
| 9 | | *Attorneys for Defendant CoreLogic Credco, LLC* |

*Pursuant to L.R. 5-4.3.4, Thomas H. Prouty hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

- 3 -
STIPULATION TO CONTINUE DATE FOR SUPPLEMENTAL SUMMARY JUDGMENT SUBMISSIONS
25680165v1