1  Gregory Gorski (*admitted pro hac vice*)
2  **FRANCIS & MAILMAN, P.C.**
   Land Title Building
3  100 South Broad Street, 19th Flr
   Philadelphia, PA 19110
4  Telephone: 215-735-8600
   Facsimile: 215-940-8000
5  ggorski@consumerlawfirm.com

6  *Attorney for Plaintiff Danny Baker*

7  TIMOTHY J. ST. GEORGE (*pro hac vice*)
   tim.stgeorge@troutmansanders.com
8  TROUTMAN SANDERS LLP
   1001 Haxall Point
9  Richmond, VA 23219
   Telephone:   804.697.1200
10 Facsimile:   804.697.1339

11 *Attorneys for Defendant*
   *CoreLogic Credco, LLC*
12

13          **UNITED STATES DISTRICT COURT**
           **CENTRAL DISTRICT OF CALIFORNIA**
14              **SOUTHERN DIVISION**

15 DANNY BAKER                        Civil Act. No.: 8:14-cv-1011-AG-AN
16
17                 Plaintiff,
18        vs.                          **STIPULATION TO CONTINUE**
                                      **TRIAL DATE AND RELATED PRE-**
19                                    **TRIAL DEADLINES**
   EXPERIAN INFORMATION
20 SOLUTIONS, INC. and
   CORELOGIC CREDCO, LLC.
21
22                 Defendants.
23
24
25      WHEREAS, on March 25, 2015, this Court granted Defendant CoreLogic
26 Credco, LLC's Secord Ex Parte Motion for a Continuance of Trial Date and
27 Related Dates continuing the trial to July 14, 2015 at 9:00AM (Dkt. #48).
                                      1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

WHEREAS, Plaintiff's counsel, Gregory J. Gorski, posses a current conflict with the current trial date selected due to previous scheduled vacation in order to attend family reunion during the week of July 14th.

WHEREAS, counsel for Plaintiff and Defendant have conferred with other regarding mutually convenient alternative trial dates, and counsel having confirmed that the weeks of August 17, 2015 and August 24, 2015 contain no conflict on their schedules or for their clients' to be available.

WHEREAS, this request has been jointly made by the parties in good faith and not for any dilatory purpose.

NOW THEREFORE, Danny Baker and CoreLogic Credco, LLC, by and through their respective counsel, hereby stipulate and agree as follows, subject to the Court's approval:

- The trial date along with all other associated pretrial deadlines in the above-captioned matter will be continued through August 17, 2015 or August 24, 2015 (subject to the Court's calendar).

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Respectfully submitted,

Dated: May 19, 2015       FRANCIS & MAILMAN, P.C.

By:  /s/ Gregory Gorski
         Gregory Gorski

*Attorneys for Plaintiff*

Dated: May 19, 2015       TROUTMAN SANDERS LLP

By:  /s/ Timothy St. George
         Timothy St. George

*Attorneys for Defendant*
*CoreLogic Credco, LLC*

3

STIPULATION TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DEADLINES