UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 14-1011AG (ANx) | Date | May 22, 2015 |
|---|---|---|---|
| Title | DANNY BAKER v. EXPERIAN INFORMATION SOLUTIONS, INC., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:**     **[IN CHAMBERS] ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT**

On the Court's own motion, and for reasons of calendar management, the Motion for Summary Judgment (Dkt. No. 38) that is currently scheduled for June 1, 2015, at 10:00 a.m is CONTINUED to June 22, 2015, at 10:00 a.m.

                                                                             : 0

Initials of Preparer
                                                  lmb