JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY BAKER<br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>Defendant. | CASE NO.: SACV 14-1011 AG (ANx)<br><br>**JUDGMENT** |

Judgment is entered against Plaintiff Danny Baker and in favor of Defendant Corelogic Credco, LLC.

DATED: JUNE 24, 2015

_____
The Honorable Andrew J. Guilford
District Court Judge

-1-